UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-315-MOC

| | |
|---|---|
| CHARLES GUDGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing her decision with a remand of the case for further administrative proceedings. Plaintiff, through counsel, consents to Defendant's Motion for Remand to the Acting Commissioner.

The motion is **GRANTED**. Pursuant to the power of this Court to enter a judgment reversing the Acting Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby **REVERSES** the Acting Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Acting Commissioner for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**IT IS THEREFORE ORDERED** that:

(1) Defendant's Consent Motion to Remand, (Doc. No. 12) is **GRANTED**.

(2) Plaintiff's Motion for Summary Judgment, (Doc. No. 10), is **TERMINATED** as **MOOT**.

Signed: August 31, 2022

Max O. Cogburn Jr
United States District Judge